Donald Yarger and Natalie Yarger, Plaintiffs-Appellants, v. George Schabacker, Defendant-Appellee.

Gen. No. 11,087.

Second District, Second Division.

December 16, 1957.

Released for publication January 2, 1958.

Richard R. Cross, for appellants; no brief filed for appellee. PER CURIAM. Not to be published in full.